RECEIVED
IN LAKE CHARLES, LA

MAR 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LECIA P. McCULLOUGH, KIMBERLY G. DARLING, AND PAULA J. DAVENPORT | : | DOCKET NO. 04 CV 2579 |
| VS. | : | JUDGE MINALDI |
| SEARGEANT KEVIN KIRKUM, CITY OF LAKE CHARLES, DONALD DIXON, and THE LAKE CHARLES POLICE DEPARTMENT | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein,

IT IS ORDERED, ADJUDGED, and DECREED the motions for summary judgment filed by the City, LCPD and Dixon [docs. 12, 14 & 47] and the motion for summary judgment filed by Kirkum [docs. 18 & 50] are GRANTED.

IT IS FURTHER ORDERED that the motion for partial summary judgment filed by plaintiffs [doc. 16] is DENIED and plaintiffs claims are hereby DISMISSED WITH PREJUDICE in their entirety.

Lake Charles, Louisiana, this _28_ day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE